Joshua R. Woodard (#15592)
Kim S. Magyar (#021911)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
jwoodard@swlaw.com
kmagyar@swlaw.com
Attorneys for Defendants William Dorman,
Drake Kryterion Services, Inc. and
Kryterion, Inc. and Counter-Claimant Drake Kryterion, Inc.

Laura Perryman
10401 E. McDowell Mountain Ranch Road
Suite 2335
Scottsdale, AZ 85255
Plaintiff *In Propria Persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Perryman,<br><br>    Plaintiff,<br><br>vs.<br><br>William Dorman, Drake International, Inc., Drake Kryterion Services, Inc., Kryterion, Inc., Does 1-10,<br><br>    Defendants.<br><br>Drake Kryterion, Inc.,<br><br>    Counter-Claimant,<br><br>vs.<br><br>Laura Perryman and Gary E. Perryman, husband and wife,<br><br>    Counter-Defendants. | No. CV10-01800-PHX-FJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Defendants William Dorman, Drake Kryterion Services, Inc., and Kryterion, Inc. ("Defendants") and Plaintiff Laura Perryman ("Plaintiff") (hereinafter collectively

12599634.1

referred to as the "Parties"), through undersigned counsel, hereby stipulate and agree that this matter be dismissed in its entirety as to all Parties, **with prejudice,** each Party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 30th day of March, 2011.

SNELL & WILMER L.L.P.

By: _____
Joshua R. Woodard (#015592)
Kim S. Magyar (#021911)
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendants William Dorman, Drake Kryterion Services, Inc. and Kryterion, Inc.

_____
Laura Perryman
10401 E. McDowell Mountain Ranch Road
Suite 2335
Scottsdale, AZ 85255
Plaintiff *In Propria Persona*

12599634.1

- 2 -