IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laura Perryman,<br><br>    Plaintiff(s),<br><br>vs.<br><br>William Dorman, et al.,<br><br>    Defendant(s). | CV-10-1800-PHX-FJM<br><br>**ORDER** |

Pursuant to parties' Stipulation (doc. 69),

IT IS ORDERED dismissing this action with prejudice, each party to bear its own costs and fees.

DATED this 11th day of April, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge